UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,            CASE NO.  07-60127-CR-DIMITROULEAS
       Plaintiff,

VS.

TYKO DEAN
       Defendant.

## ORDER

THIS CAUSE having been heard before the Court on September 9, 2008 upon the Government's Motion for Sentence Reduction pursuant to F.R.Crim. P. 35 (b). Upon consideration of the government's motion and being duly advised , it is

ORDERED AND ADJUDGED that the aforementioned motion be and the same is hereby GRANTED.

The sentence of 188 months imprisonment previously imposed is reduced to 125 months imprisonment. All other aspects of the sentence remain the same as previously imposed.

The Court recommends that the defendant be designated to FCI Coleman.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___9___ day of September, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Joanne Fine , AUSA
Arthur Marchetta, Esq.
U.S. Probation Office
U. S. Marshal (3 certified copies)